Gabriel Chase, OSB# 142948
CHASE LAW, PC
2014 N.E. Broadway Street
Portland, OR 97232
Tel: 503-294-1414
Fax: 503-294-1455
gabriel@chaselawpc.net
*Lead Counsel*

Christopher A. Larsen, OSB# 910679
PICKETT DUMMIGAN MCCALL LLP
210 S.W. Morrison St., 4th Fl.
Portland, OR 97204
Tel: 503-223-7770
Fax: 503-227-5350
chris@pdm.legal

David D. Park, OSB# 803358
ELLIOTT & PARK, PC
324 S. Abernethy Street
Portland, OR 97239-4356
Tel: 503-227-1690
Fax: 503-274-8384
dave@elliott-park.com

Michelle R. Burrows, OSB# 861606
MICHELLE R. BURROWS, PC
1333 Orenco Station Pkwy, #525
Hillsboro, OR 97124
Tel: 503-241-1955
michelle.r.burrows@gmail.com

Jane L. Moisan, OSB# 181864
PEOPLE'S LAW PROJECT
818 S.W. 4th Ave., #221-3789
Portland, OR 97204
Tel: 971-258-1292
peopleslawproject@gmail.com

Joe Piucci, OSB# 135325
PIUCCI LAW LLC
900 S.W. 13th Ave., Ste 200
Portland, OR 97205
Tel: 503-228-7385
Fax: 503-228-2571
joe@piucci.com

*Attorneys for Plaintiff* NATHAN HABERMAN-DUCEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATHAN HABERMAN-DUCEY, Individually,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GABRIEL RUSSELL, Regional Director with the Department of Homeland Security's Federal Protective Service; ALLEN JONES; RUSSEL BURGER; ANDREW SMITH; MARK MORGAN; RICHARD KLINE; JOHN DOE SUPERVISORY DEFENDANTS 1-60, agents of the U.S. Marshals Service, Protective Service, U.S. Department of Homeland Security and U.S. Customs and Border Protection, acting in concert and in their individual capacities; and JOHN DOE PATROL LEVEL DEFENDANT 61, in his individual capacity,<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:21-cv-00890-IM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I) Plaintiff Nathan Haberman-Ducey gives notice that the above captioned litigation is voluntarily dismissed, without prejudice against defendants.

Dated this 16th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　*s/ Gabriel Chase*
　　　　　　　　　　　　　　　　　　　　Gabriel Chase, OSB No. 142948
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff